IN THE
UNITED STATES DISTRICT

FOR THE DISTRICT OF
DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 MAR 15 PM 2:33

ISIDORE AND BONNIE CORWIN,

PLAINTIFFS, PRO SE

V.

C.A. NO. 07 - 152 -

B'NAI B'RITH SENIOR ET AL

DEFENDANTS

PLAINTIFFS' MOTION
FOR
LEAVE TO PROCEED
IN FORMA PAUPERIS

PURSUANT TO LAR 24.0, PLAINTIFFS PETITION YOUR COURT TO PROCEED IN FORMA PAUPERIS, ACCORDING TO 28 U.S.C. SECTION 1915 G ; AS PLAINTIFFS IN THE ABOVE-ENTITLED COMPLAINT; BECAUSE OF POVERTY, ARE UNABLE TO PAY THE COSTS OF THIS CASE OR TO GIVE SECURITY THEREFORE; AND WHERE PLAINTIFFS BELIEVE THEY ARE ENTITLED TO REDRESS:

(NOTE: PLAINTIFFS' MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS IN U.S. COURT OF APPEALS FOR THE 3RD CIRCUIT, ACTION 06-2362, GRANTED, MAY 15, 2006. (APPEAL DISMISSED DUE TO ISSUE NEVER ADJUDICATED AT THE U.S. DISTRICT COURT LEVEL))

# PLAINTIFFS' AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS:

| 1. *INCOME SOURCE* | *AVERAGE MONTHLY:* |
|---|---|
| SOCIAL SECURITY | +$501.00 NET |
| SSI | +$359.60 NET |
| PUBLIC ASSISTANCE | +$083.00 FOOD STAMPS |
| TOTAL JOINT INCOME | +$943.60 |

*2. CASH PLAINTIFFS HAVE:* +$263.00

*3. MONEY PLAINTIFFS HAVE IN BANK ACCOUNTS:*

| FINANCIAL INSTITUTION | TYPE OF ACCT | AMT WE HAVE |
|---|---|---|
| WILMINGTON TRUST | CHECKING | +$37.27 |

*4. LIST THE ASSETS PLAINTIFFS OWN:*

MOTOR VEHICLE 2002 HONDA CIVIC 4 DR; VALUE: $10,030.00

*5. PERSON WHO RELY ON YOU FOR SUPPORT:*

NONE

*6. AVERAGE MONTHLY EXPENSES*

| | |
|---|---|
| B'NAI B'RITH HOUSE MONTHLY RENT | -$086.00 |
| BOTTLED WATER | -$024.00 |
| TELE BILL | -$025.00 |
| COSTCO MBR | -$009.00 |
| COSTCO/U. S. STAMPS/HM IMPROVEMENT | -$033.00 |
| NEWARK FOOD CO-OP MEMBER | -$001.00 |
| FOOD | -$104.00 |
| CLOTHING | -$012.00 |
| LAUNDRY | -$011.00 |
| MEDICAL AND DENTAL EXPENSES | -$427.00 |
| STAPLES OFFICE SUPPLIES | -$029.00 |
| RECREATION | -$055.00 |
| SEARS AUTO & VEH GASOLINE/OIL | -$023.00 |
| AARP MBR | -$001.00 |
| AARP VEHICLE INSURANCE | -$080.00 |
| UNITED SPINAL DONATION (E. PARA VETS) | -$004.00 |
| EWTN DONATION | -$004.00 |
| SHAMPOO PRODUCTS | -$002.00 |
| SAVINGS | -$013.60 |
| TOTAL MONTHLY EXPENSES: | - $943.60 |

*WE, PLAINTIFFS, DECLARE THAT UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*

EXECUTED ON : March 14, ~~2006~~ 2007

PETITIONERS: ISIDORE AND BONNIE CORWIN, PRO SE
B'NAI B'RITH HOUSE
APT 608
CLAYMONT, DE 19703-1749
PHONE/FAX 302-798-5116

Isidore Corwin POA Bonnie Corwin
ISIDORE CORWIN, PLAINTIFF PRO SE

Bonnie Corwin
BONNIE CORWIN, PLAINTIFF PRO SE

DATED 3/14/07

ST. OF DE
CTY. OF NEW CASTLE

Judy A Turcol
JUDY A TURCOL
Notary Public - State of Delaware
My Comm. Expires April 9, 2008

07 - 152

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

ISIDORE AND BONNIE CORWIN
Plaintiffs

v.

B'NAI B'RITH SENIOR et AL
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

WE ISIDORE AND BONNIE CORWIN declare that ~~I~~ WE am the (check appropriate box)

☑ Petitioner/Plaintiff/Movants ☐ Other

in the above-entitled proceeding; that in support of ~~my~~ OUR request to proceed without prepayment of fees or costs under 28 USC §1915, WE declare that ~~I~~ WE am unable to pay the costs of these proceedings and that ~~I~~ WE am entitled to the relief sought in the complaint/petition/motion.

In support of this application, ~~I~~ WE answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration —

   **Inmate Identification Number (Required):** —

   Are you employed at the institution? — Do you receive any payment from the institution? —

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.
   —

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   12/15/04, BPG OFFICE PARTNERS EAST III, 23 INDUSTRIAL BLVD, NEW CASTLE, DE 19720, $650.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes" state the total amount $ 331.–

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☒ Yes ☐ No

If "Yes" describe the property and state its value.

2002 HONDA CIVIC AUTOMOBILE, 4 DR, BLUE, VALUE IS $10,000.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

NONE

I declare under penalty of perjury that the above information is true and correct.

March 14, 2007
DATE

Isidore Corwin, Bonnie Corwin POA
Bonnie Corwin
SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**