IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B'NAI B'RITH SENIOR CITIZEN )<br>HOUSING INC., SOUTHEASTERN )<br>PROPERTY MANAGEMENT INC., )<br>AND LYNNE ROTAN, AN AGENT, )<br>SERVANT OR EMPLOYEE OF B'NAI )<br>B'RITH SENIOR CITIZEN HOUSING )<br>INC. )<br>)<br>Defendants. ) | Civil Action No. 07-152-*** |

**ORDER**

At Wilmington this 22 day of March, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge