IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 1:07-cv-00152-*** ) ) |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTY MANAGEMENT, INC., AND LYNNE ROTAN, an agent, servant or employee of B'Nai B'Rith Senior Citizen Housing, Inc., | ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby move to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of their Motion, Defendants rely upon the Opening Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6), filed simultaneously herewith.

        **MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN**

        */s/ Daniel A. Griffith, Esquire DE ID 4209*
        DANIEL A. GRIFFITH, ESQUIRE
        Delaware Bar I.D. No. 4209
        1220 N. Market Street
        P.O. Box 8888
        Wilmington, DE 19899-8888
        (302) 552-4317
        *Attorney for Defendants*

Dated: April 25, 2007