IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

ISIDORE CORWIN AND BONNIE CORWIN      :      CIVIL ACTION
(INFORMA PAUPERIS STATUS)      :
     :
           PLAINTIFFS,      :
     :
     :
     :      **NO. 07-CV-152-\*\*\***
     :      **JURY TRIAL DEMANDED**
       V.      :
     :
B'NAI B'RITH SENIOR CITIZEN HOUSING, INC.,      :
ET AL      :
           DEFENDANTS.      :



FILED

MAY 1 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

PURSUANT TO LAR 15.1, PLAINTIFFS PETITION YOUR COURT TO AMEND THE
ORIGINAL COMPLAINT. ATTACHED INFORMATION (AT EXHIBIT A & B) STATES THAT, IN
RESPECT TO PLAINTIFFS' COMPLAINT IN NAMING THE DEFENDANTS, PLAINTIFFS HAVE
KNOWLEDGE THAT THE WILMINGTON LODGE 470, B'NAI B'RITH, INC. IS ONE OF THE
OWNERS OF THE B'NAI BRITH HOUSE (SUBJECT FACILITY NAMED IN THE COMPLAINT).

THEREFORE, PLAINTIFFS PETITION NOW TO ENJOIN THE AFOREMENTIONED
LODGE CORPORATION TO THE DEFENDANTS LISTED IN THE ORIGINAL COMPLAINT, AND
IN ORDER TO IMPOSE A VICARIOUS LIABILITY CLAIM AGAINST THE PROPOSED
DEFENDANT REGARDING THE FAIR HOUSING ACT (42 USCS 3601 ET SEQ), WHICH FORBIDS
NATIONAL ORIGIN DISCRIMINATION IN THE RENTAL OF A DWELLING.

### LEGAL ARGUMENT

WILMINGTON LODGE 470, B'NAI B'RITH, INC., INCORPORATED IN DELAWARE, IS
NAMED AS OF THE OWNERS OF THE SUBJECT FACILITY, THE B'NAI B'RITH HOUSE,
AND ACCORDING TO THE FACILITY'S MANAGER LYNNE ROTAN, UNDER OATH, IN
DEPOSITION, ON NOVEMBER 4. (AT EXHIBIT A).

ADDITIONALLY, ACCORDING TO RETIREMENTHOMES.COM, WILMINGTON LODGE
470, B'NAI B'RITH, INC., IS THE OWNER OF THE B'NAI B'RITH HOUSE. (AT EXHIBIT B).

1

HENSE, PLAINTIFFS WISH TO ADD, AS "NO. 7", UNDER THE HEADING, PARTIES, AT

PAGE 2 OF THEIR ORIGINAL COMPLAINT:

**7. DEFENDANT WILMINGTON LODGE 47O, B'NAI B'RITH, INC. (INCORPORATED IN DELAWARE), WHOSE ADDRESS IS AT 8000 SOCIETY DRIVE, CLAYMONT, DE 19703.**

THEREFORE, THE AMENDED COMPLAINT WOULD READ:

\* \* \* \*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ISIDORE CORWIN AND BONNIE CORWIN          CIVIL ACTION NO.:**NO. 07-CV-152-\*\*\***
*PLAINTIFFS,*

-AGAINST-

COMPLAINT
(TRIAL BY JURY DEMANDED)

B'NAI B'RITH SENIOR CITIZEN HOUSING, INC.;
WILMINGTON LODGE 470, B'NAI B'RITH INC.;
SOUTHEASTERN PROPERTY MANAGEMENT, INC.;
AND LYNNE ROTAN, AN AGENT, SERVANT OR EMPLOYEE OF
B'NAI B'RITH SENIOR CITIZEN HOUSING, INC.

*DEFENDANTS.*

---

PLAINTIFFS ISIDORE CORWIN AND BONNIE CORWIN, PRO SE, UNDERSIGNED, BRING THIS
COMPLAINT AGAINST THE ABOVE-NAMED DEFENDANTS AND THEIR AGENTS, SERVANTS,
AND EMPLOYEES, AND IN SUPPORT THEREOF ALLEGE THE FOLLOWING ON PERSONAL
KNOWLEDGE AS TO THEMSELVES

### PARTIES

1. PLAINTIFF ISIDORE CORWIN ( "I. CORWIN") IS A CITIZEN OF THE UNITED
STATES AND RESIDES IN THE STATE OF DELAWARE AT 8608 SOCIETY DRIVE, CLAYMONT,
COUNTY OF NEW CASTLE, DELAWARE, 19703.

2. PLAINTIFF BONNIE CORWIN ("B. CORWIN") IS A CITIZEN OF THE UNITED STATES, IS THE
LAWFUL SPOUSE OF PLAINTIFF ISIDORE CORWIN, AND RESIDES WITH HIM AT 8608
SOCIETY DRIVE, CLAYMONT, COUNTY OF NEW CASTLE, STATE OF DELAWARE, 19703.

3. DEFENDANT B'NAI B'RITH SENIOR CITIZEN HOUSING, INC. ("B'NAI B'RITH SENIOR") HAS ITS PRINCIPAL PLACE OF BUSINESS AT 8000 SOCIETY DRIVE, CLAYMONT, DE, 19703, AND ITS CORPORATE OFFICE AT 1103 R. ARRINGTON, JR. BOULEVARD SOUTH, BIRMINGHAM, ALABAMA, 35205.

4. DEFENDANT SOUTHEASTERN PROPERTY MANAGEMENT, INC. ("SPM") IS A MANAGEMENT AGENCY, WITH ITS CORPORATE OFFICE AT 1103 R. ARRINGTON, JR. BOULEVARD SOUTH, BIRMINGHAM, ALABAMA, 35205.

5. DEFENDANT LYNNE ROTAN ("ROTAN") IS A PROPERTY MANAGER, WITH HER RESIDENCE AT 15 PENNSYLVANIA AVENUE, CLAYMONT, DELAWARE, 19703.

6. AT ALL TIMES RELEVANT TO THIS COMPLAINT, DEFENDANT ROTAN ACTED AS AN AGENT, SERVANT, OR EMPLOYEE OF B'NAI B'RITH SENIOR.

7. DEFENDANT WILMINGTON LODGE 470, B'NAI B'RITH INCORPORATED, OWNER OF B'NAI B'RITH HOUSE, WHOSE CORPORATION ADDRESS IS AT 8000 SOCIETY DRIVE, CLAYMONT, DE 19703.

\* \* \* \*

RESPECTFULLY SUBMITTED,

ISIDORE CORWIN, PLAINTIFF PRO SE
B'NAI B'RITH HOUSE
APT 608
CLAYMONT, DE 19703-1749
PHONE/FAX 302-798-5116

BONNIE CORWIN, PLAINTIFF PRO SE
B'NAI B'RITH HOUSE
APT 608
CLAYMONT, DE 19703-1749
PHONE/FAX 302-798-5116

DATED   5-9-07

EXHIBIT (A): 2-PAGE COPY OF U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE DEPOSITION OF LYNN ROTAN ON NOVEMBER 4, 2005 AND PAGE 6 AT LINE 12.

EXHIBIT (B): 2-PAGE COPY OF HOMEPAGE OF RETIREMENTHOMES.COM PRINTOUT AND AT TOP OF PAGE 2, WHERE "OWNER" B'NAI B'RITH LODGE IS LISTED AS OWNER OF THE B'NAI B'RITH HOUSE.

3

# CORWIN V. B'NAI B'RITH SENIOR ET AL

## CASE NO. 07-152 ***

## EXHIBIT A & B

        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF DELAWARE


ISIDORE CORWIN and            )
BONNIE CORWIN,                )
                             )
            Plaintiffs,       )
                             )   Civil Action No.
                             )   04-1499
   -vs-                       )
                             )
B'NAI B'RITH SENIOR CITIZEN   )
HOUSING, INC., a corporation  )
d/b in the State of Delaware, )
SOUTHEASTERN PROPERTIES       )
MANAGEMENT, INC., a           )
subsidiary of B'NAI B'RITH    )
SENIOR HOUSING, INC., and     )
LYNNE ROTAN, an agent, servant)
or employee of SOUTHEASTERN   )
PROPERTIES MANAGEMENT, INC.,  )
                             )
            Defendants.       )



        Deposition of LYNNE ROTAN, taken before
Elaine Gallagher Parrish, Registered Professional
Reporter, at 1509 Gilpin Avenue, Wilmington, Delaware on
November 4, 2005, commencing approximately at 9:00 a.m.


APPEARANCES:

            CHRISTOPHER A. FERRARA, ESQ.
            AMERICAN CATHOLIC LAWYERS ASSOCIATION, INC.
               420 Route 46 East, Suite 7
               P.O. Box 10092
               Fairfield, New Jersey  07004-6092
               973-244-9895
               for the Plaintiffs,


            WILCOX & FETZER
   1330 King Street -  Wilmington, Delaware 19801
               (302)655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters

1    issue a report and it says, you know, either you owe HUD

2    for so much or -- we don't deal directly with HUD.   We

3    deal with the Delaware State Housing Authority.

4        Q.    So the flow of the money goes which way?   It

5    goes from HUD to what?

6        A.    I imagine it goes from HUD to Delaware State

7    Housing Authority.   I'm not really privy to that.   The

8    money goes from Delaware State Housing Authority to us.

9        Q.    So the Delaware State Housing Authority pays the

10   owners of the facility?

11       A.    Yes.

12       Q.    And the owner of the facility is the B'nai

13   B'rith?

14       A.    B'nai B'rith Wilmington Lodge.   B'nai B'rith

15   Senior Housing, Incorporated.

16       Q.    Do you know who the officers of B'nai B'rith

17   Senior Housing, Incorporated are:   The president,

18   vice-president and so forth?

19       A.    The president is David Schlecker,

20   S-c-h-l-e-c-k-e-r.

21       Q.    And the vice-president, if you know?

22       A.    The vice-president I believe is Stephen

23   Scheinberg.   S-t-e-p-h-e-n, S-c-h-e-i-n-b-e-r-g.

24       Q.    Is there a secretary that you know of?



**Your Guide to Retirement Living:** <u>Seniors</u> | <u>Directors</u> | <u>Vendors</u> | <u>Job Seekers</u> | <u>Health Professionals</u> | <u>Jc</u>



# RetirementHomes.com
### your guide to retirement living

| **Homes** | **Jobs** | **Resources** | **Library** | **Forums** | **Our Services** | **Join Now** |

| **About Us** |

**Find Local Senior Housing**
Free assistance finding the right Senior Living
Community
www.aplaceformom.com

**Adult 55+ Communities**
Get your Free guide to active adult
communities in PA, NJ, DE, VA.
www.ActiveAdultHousing.com

**SeniorLiving.com**
Search for retirement communitie:
Independent, assisted living & mo
www.seniorliving.com

Ads by Goooooogle                                                                    Advertis

## B'nai B'rith House Retirement Homes

Location :Claymont, Delaware

Address :8000 Society Dr 19703

Telephone :302-798-6846

Fax :302-798-2275


## Description:

### CONTACT

Lynne Rotan

### INDEPENDENT LIVING

Apts 208

Govt-subsidized

Min age 62

### SERVICES

Central dining

Housekeeping

Social and recreational

Social work/Mental health

Library

Religious activities

Maintenance

Emergency call system

### DATE OPENED

August 1979

### OWNER TYPE

Private non-profit

**OWNER**

B'nai B'rith Lodge #470

Senior Housing Guide | Terms of Service | Privacy | Contact Us | Site Map | Retirement Homes Network
Retirement Homes | Retirement Communities | Retirement Living | Retirement Community | Elder Care | Retireme
Long Term Care | Seniors Care | Senior Community | Home Care | Assisted Living | Retirement Resorts | Senior I

Google [                    ]   **Google Search**

○ WWW ◉ RetirementHomes.com

© RetirementHomes.com 2006. All rights reserved. Retirement Homes & Senior Housing - USA/Canada

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN (INFORMA PAUPERIS STATUS) | : : : | CIVIL ACTION |
| PLAINTIFFS, | : : : | |
| | : : : : : | 07-152 NO. ~~04-1499~~ GMS JURY TRIAL DEMANDED |
| V. | : : | |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., ET AL | : : | |
| DEFENDANTS. | : | |

- - -

## CERTIFICATE OF SERVICE

WE, ISIDORE AND BONNIE CORWIN, PRO SE, DO HEREBY CERTIFY THAT ON _May 9, 2007_, WE CAUSED THE ORIGINAL AND (1) COPY OF THE FOREGOING ***PLAINTIFFS' MOTION TO AMEND COMPLAINT*** TO BE FILED WITH THE CLERK OF THE COURT AND A COPY OF SUCH FILING WAS SERVED IN THE MANNER INDICATED UPON THE FOLLOWING PARTIES' COUNSEL OF RECORD:

BY FAX TO:
ATTORNEY DANIEL GRIFFITH
1220 N. MARKET
WILMINGTON, DELAWARE
FAX 302-651-7905


BY: ISIDORE & BONNIE CORWIN, PRO SE
8608 SOCIETY DRIVE
CLAYMONT, DELAWARE 18703
PHONE/FAX: 302-798-5116



U.S. POSTAGE
PAID
ROCKLAND, MA
MAY 09 '07
AMOUNT
$3.50
00053710

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0100 0003 8081 3599

Mr. & Mrs. Isidore Corwin
8608 Society Dr.
Claymont, DE 19703-1749

Peter Dalleo Clerk
U.S. District Court
844 N. King
Lockbox "18" (Eighteen)
Wilmington, DE 19801-3570