**DATED: MAY 12, 2007**

ISIDORE AND BONNIE CORWIN
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

**RE: CORWIN V. B'NAI B'RITH ET AL, CIVIL ACTION NO. 07-152-***

DEAR CLERK OF THE COURT ,

PLEASE FIND ENCLOSED, FOR FILING PURPOSES, **PLAINTIFFS' CERTIFICATE OF SERVICE IN PLAINTIFFS' SECOND PETITION TO AMEND COMPLAINT**, WITH THE CORRECT CIVIL ACTION NUMBER.

WE ARE SORRY FOR THE INCONVENIENCE. THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PRO SE
TELE/FAX 302-798-5116



FILED
MAY 16 2007
RG scanne/
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN <br> (INFORMA PAUPERIS STATUS) | : | CIVIL ACTION |
| PLAINTIFFS, | : | |
| | : | 07-152-*** BC |
| | : | NO. ~~04-1499-GMS~~ 05-12-07 |
| | : | JURY TRIAL DEMANDED |
| V. | : | |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., ET AL | : | |
| DEFENDANTS. | : | |

FILED
MAY 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

WE, ISIDORE AND BONNIE CORWIN, PRO SE, DO HEREBY CERTIFY THAT ON _May 11, 2007_, WE CAUSED THE ORIGINAL AND (1) COPY OF THE FOREGOING ***PLAINTIFFS' SECOND PETITION TO AMEND COMPLAINT*** TO BE FILED WITH THE CLERK OF THE COURT AND A COPY OF SUCH FILING WAS SERVED IN THE MANNER INDICATED UPON THE FOLLOWING PARTIES' COUNSEL OF RECORD:

BY U.S.MAIL TO:
ATTORNEY DANIEL GRIFFITH
1220 N. MARKET
WILMINGTON, DELAWARE
FAX 302-651-7905

_Isidore Corwin POA Bonnie Corwin_
BY: ISIDORE & BONNIE CORWIN, PRO SE
8608 SOCIETY DRIVE
CLAYMONT, DELAWARE 18703
PHONE/FAX: 302-798-5116

Bonnie Corwin
8608 Society Dr
Claymont DE 19703-1749

Peter T. Dalleo, Clerk
U.S. Dist Ct.
4 the Dist of De.
844 N King St
Lockbx 18
Wilmington, Wilmington DE 19801

WILMINGTON DE 197
15 MAY 2007 PM 3 T

