DATED: MAY 11, 2007

ISIDORE AND BONNIE CORWIN
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

RE: **CORWIN V. B'NAI B'RITH ET AL, CIVIL ACTION NO. 04-1499-GMS**

DEAR CLERK OF THE COURT ,

PLEASE FIND ENCLOSED, FOR FILING PURPOSES, **PLAINTIFFS' SECOND PETITION TO AMEND COMPLAINT** WITH PLAINTIFFS' ATTACHED EXHIBITS AND ACCOMPANYING CERTIFICATE OF SERVICE.

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PRO SE
TELE/FAX 302-798-5116



FILED
MAY 16 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN (INFORMA PAUPERIS STATUS) | : | CIVIL ACTION |
| PLAINTIFFS, | : | |
| | : | NO. 07-CV-152-*** |
| | : | JURY TRIAL DEMANDED |
| V. | : | |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., ET AL | : | |
| DEFENDANTS. | : | |

- - -

### PLAINTIFFS' SECOND PETITION TO AMEND COMPLAINT

PURSUANT TO LAR 15.1, PLAINTIFFS PETITION YOUR COURT TO AMEND THE ORIGINAL COMPLAINT, AND, IN RESPECT TO PLAINTIFFS' COMPLAINT IN RAISING THE COUNTS. PLAINTIFFS PETITION NOW TO RAISE AN ADDITIONAL COUNT AGAINST THE DEFENDANTS AND IN ORDER TO IMPOSE A VICARIOUS LIABILITY CLAIM AGAINST THE PROPOSED DEFENDANT REGARDING THE FAIR HOUSING ACT (42 USCS 3601 ET SEQ).

### LEGAL ARGUMENT

PLAINTIFFS BELIEVE THEY HAVE BEEN VICTIMS OF DISCRIMINATION UNDER THE FEDERAL AND STATE FAIR HOUSING ACTS IN THE DEFENDANTS' FLAG ORDINANCE WHICH AFFECTS TENANTS WITH A LARGER AMERICAN FLAG MESSAGE IN THE FLYING OF THEIR FLAG, WHERE DEFENDANTS' FLAG POLICY (THAT ALLEGEDLY FAVORS ONLY SMALLER FLAG DISPLAY IN THE FASHION OF A FLOWER POT ON BALCONIES), MOREOVER, MAKES NO ACCOMMODATION FOR TENANTS WITH LARGER AMERICAN FLAG MESSAGES AT THE SUBJECT FACILITY.

1

HENCE, DEFENDANTS' FLAG POLICY ALLEGEDLY SEGREGATES AND DENIES TENANTS' MESSAGES ON THEIR BALCONIES WITH LARGER AMERICAN FLAGS WITH LARGER MESSAGES; THE ALLEGED DISCRIMINATION RESULTING IN TENANTS DISPLAYING THEIR OVERSIZE FLAGS WHEN DEFENDANTS' OFFICE HOURS ARE NOT IN OPERATION. (AT EXHIBIT A & B).

THEREFORE, PLAINTIFFS WISH TO ADD TO THEIR HOUSING DISCRIMINATORY COMPLAINT AN ADDITIONAL COUNT, UNDER THE HEADING COUNT III, AT PAGE 19 OF THEIR ORIGINAL COMPLAINT, WORDED AS :

### COUNT III
(VIOLATION OF FAIR HOUSING ACT, 42 U.S.C SECTION, ET SEQ. & DELAWARE FAIR HOUSING ACT, 6 DEL.C. SECTION 4601, ET SEQ.)

97. PLAINTIFFS HEREBY INCORPORATE HEREIN BY REFERENCE OF COUNT I AND COUNT II OF THIS COMPLAINT, SECTION 1-82, SECTION 85-92, AND SECTION 93-96, WHERE THE ACTIONS OF DEFENDANTS CONSTITUTE UNLAWFUL NATIONAL ORIGIN DISCRIMINATION AGAINST PLAINTIFFS AND OTHERS IN VIOLATION OF THE FAIR HOUSING ACT, TITLE VIII OF THE CIVIL RIGHTS ACT OF 1968, 42 U.S.C. SECTION 3601, AND IN PARTICULAR (BUT WITHOUT LIMITATION) 42 U.S.C. SECTION 3604 (A) OF THE FAIR HOUSING ACT AND WHERE DEFENDANTS' ACTIONS VIOLATE THE DELAWARE FAIR HOUSING ACT, 6 DEL.C. SECTION 4601, ET SEQ WHICH PROHIBITS DISCRIMINATION AGAINST ANY PERSON IN THE TERMS, CONDITIONS OR PRIVILEGES OF SALE OR RENTAL OF A DWELLING, OR IN THE PROVISION OF SERVICES OR FACILITIES IN CONNECTION THEREWITH, BECAUSE OF…NATIONAL ORIGIN.

98. THE FLAG POLICY IS *VOID FOR VAGUENESS*, DEPRIVING PLAINTIFFS OF DUE PROCESS OF LAW IN VIOLATION OF THE FIRST, FIRST, AND FOURTEENTH AMENDMENT; THE FLAG POLICY IS *OVERBROAD* IN VIOLATION OF THE FIRST AMENDMENT; THE FLAG POLICY *UNREASONABLY DISCRIMINATES BETWEEN SIMILARLY SITUATED TENANTS BASED SOLELY ON THE SIZE-CONTENT OF THE MESSAGES EXPRESSED*, IN VIOLATION OF THE FOURTEENTH AMENDMENT'S EQUAL PROTECTION CLAUSE; THE FLAG POLICY *VIOLATES PLAINTIFFS' FREEDOM OF SPEECH,…AND EXPRESSION* IN CONTRAVENTION OF ARTICLE I, SECTIONS 11 AND 19; THE FLAG POLICY IS *DEFENDANTS' ATTEMPT TO RESTRICT FLAGS TO THE SIZE OF A FLOWER POT AND THE CONTINUING USE OF PLAINTIFFS' FLAG 3' X 5' AMERICAN FLAG WHICH EXISTED PRIOR TO THE PASSAGE OF THE SEPTEMBER 18, 2006 FLAG POLICY*, VIOLATING THE FOURTEENTH AMENDMENT'S DUE PROCESS CLAUSE AND *WITHOUT DUE PROCESS TO ACCOMMODATE LARGER FLAGS THAN CANNOT FIT IN A FLOWER POT*.

99. DEFENDANTS' ACTIONS WERE BOTH WILLFUL AND MALICIOUS.

2

100. PLAINTIFFS REASONABLY FEAR THAT ABSENT JUDICIAL INTERVENTION BY WAY OF INJUNCTIVE RELIEF, THEY WILL BE IRREPARABLY HARMED BY FUTURE VIOLATION OF THEIR NATIONAL ORIGIN BELIEFS AND EXPRESSIONS AND IN THE MANNER PLEADED ABOVE.

THEREFORE, THE AMENDED COMPLAINT WOULD READ AT TOP OF PAGE 19:

\* \* \* \*

### COUNT III
### (VIOLATION OF FAIR HOUSING ACT, 42 U.S.C SECTION, ET SEQ. & DELAWARE FAIR HOUSING ACT, 6 DEL.C. SECTION 4601, ET SEQ.)

**97. PLAINTIFFS HEREBY INCORPORATE HEREIN BY REFERENCE OF COUNT I AND COUNT II OF THIS COMPLAINT, SECTION 1-82, SECTION 85-92, AND SECTION 93-96, WHERE THE ACTIONS OF DEFENDANTS CONSTITUTE UNLAWFUL NATIONAL ORIGIN DISCRIMINATION AGAINST PLAINTIFFS AND OTHERS IN VIOLATION OF THE FAIR HOUSING ACT, TITLE VIII OF THE CIVIL RIGHTS ACT OF 1968, 42 U.S.C. SECTION 3601, AND IN PARTICULAR (BUT WITHOUT LIMITATION) 42 U.S.C. SECTION 3604 (A) OF THE FAIR HOUSING ACT ANDDEFENDANTS' ACTIONS VIOLATE THE DELAWARE FAIR HOUSING ACT, 6 DEL.C. SECTION 4601, ET SEQ WHICH PROHIBITS DISCRIMINATION AGAINST ANY PERSON IN THE TERMS, CONDITIONS OR PRIVILEGES OF SALE OR RENTAL OF A DWELLING, OR IN THE PROVISION OF SERVICES OR FACILITIES IN CONNECTION THEREWITH, BECAUSE OF…NATIONAL ORIGIN.**

**98. THE FLAG POLICY IS VOID FOR VAGUENESS, DEPRIVING PLAINTIFFS OF DUE PROCESS OF LAW IN VIOLATION OF THE FIRST, FIRST, AND FOURTEENTH AMENDMENT; THE FLAG POLICY IS OVERBROAD IN VIOLATION OF THE FIRST AMENDMENT; THE FLAG POLICY UNREASONABLY DISCRIMINATES BETWEEN SIMILARLY SITUATED TENANTS BASED SOLELY ON THE SIZE-CONTENT OF THE MESSAGES EXPRESSED, IN VIOLATION OF THE FOURTEENTH AMENDMENT'S EQUAL PROTECTION CLAUSE; THE FLAG POLICY VIOLATES PLAINTIFFS' FREEDOM OF SPEECH,…AND EXPRESSION IN CONTRAVENTION OF ARTICLE I, SECTIONS 11 AND 19; THE FLAG POLICY IS DEFENDANTS' ATTEMPT TO RESTRICT TO THE SIZE OF A FLOWER POT AND THE CONTINUING USE OF PLAINTIFFS' FLAG 3' X 5' WHICH EXISTED PRIOR TO THE PASSAGE OF THE SEPTEMBER 18, 2006 FLAG POLICY VIOLATING THE**

**FOURTEENTH AMENDMENT'S DUE PROCESS CLAUSE WITHOUT DUE PROCESS TO ACCOMMODATE LARGER FLAGS THAN CANNOT FIT IN A FLOWER POT.**
**99. DEFENDANTS' ACTIONS WERE BOTH WILLFUL AND MALICIOUS.**
**100. PLAINTIFFS REASONABLY FEAR THAT ABSENT JUDICIAL INTERVENTION BY WAY OF INJUNCTIVE RELIEF, THEY WILL BE IRREPARABLY HARMED BY FUTURE VIOLATION OF THEIR NATIONAL ORIGIN BELIEFS AND EXPRESSIONS AND IN THE MANNER PLEADED ABOVE.**

### PRAYER FOR RELIEF

WHEREFORE, PLAINTIFFS SEEK JUDGMENT BY THIS COURT AGAINST DEFENDANTS, JOINTLY, AND SEVERALLY, FOR THE FOLLOWING RELIEF:

### AS TO COUNT I:

**A.**  AN AWARD OF COMPENSATORY AND PUNITIVE DAMAGES;

**B.**  REASONABLE ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 3613(C)(2);

**C.**  AN EFFECTIVE PERMANENT INJUNCTION AGAINST FUTURE DISCRIMINATORY ACTS BY DEFENDANTS;

**D.**  SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

### AS TO COUNT II:

**A.**  AN AWARED OF COMPENSATORY AND PUNITIVE DAMAGES;

**B.**  REASONABLE ATTORNEY'S FEES PURSUANT TO 6 DEL.C. § 4613(B)(3);

**C.**  AN EFFECTIVE PERMANENT INJUNCTION AGAINST FUTURE DISCRIMINATORY ACTS BY DEFENDANTS;

**D.**  SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.


## AS TO COUNT III:

**A.    AN AWARED OF COMPENSATORY AND PUNITIVE DAMAGES;**

**B.    REASONABLE ATTORNEY'S FEES PURSUANT TO 6 DEL.C. § 4613(B)(3);**

**C.    AN EFFECTIVE PERMANENT INJUNCTION AGAINST FUTURE DISCRIMINATORY ACTS BY DEFENDANTS;**

**D.    SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.**

\* \* \* \*

RESPECTFULLY SUBMITTED,

*[signature: Isidore Corwin POA Bonnie Corwin]*

ISIDORE CORWIN, PLAINTIFF PRO SE
B'NAI B'RITH HOUSE
APT 608
CLAYMONT, DE 19703-1749
PHONE/FAX 302-798-5116

*[signature: Bonnie Corwin]*

BONNIE CORWIN, PLAINTIFF PRO SE
B'NAI B'RITH HOUSE
APT 608
CLAYMONT, DE 19703-1749
PHONE/FAX 302-798-5116

DATED  5-11-07

EXHIBIT (A): OVERSIZE FLAGS HANGING ON TENANTS' BALCONIES POST SEPT. '06 FLAG POLICY.
EXHIBIT (B): OVERSIZE FLAG HANGING ON TENANT'S BALCONY POST SEPT. '06 FLAG POLICY.

5

CORWIN V. B'NAI B'RITH SENIOR ET AL

<u>CASE NO. 07-152-***</u>

EXHIBIT A & B







IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN<br>(INFORMA PAUPERIS STATUS) | : | CIVIL ACTION |
| PLAINTIFFS, | : | |
| | : | NO. 04-1499-GMS<br>JURY TRIAL DEMANDED |
| V. | : | |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC.,<br>ET AL | : | |
| DEFENDANTS. | : | |

- - -

## CERTIFICATE OF SERVICE

WE, ISIDORE AND BONNIE CORWIN, PRO SE, DO HEREBY CERTIFY THAT ON ___5-11-07___, WE CAUSED THE ORIGINAL AND (1) COPY OF THE FOREGOING ***PLAINTIFFS' SECOND PETITION TO AMEND COMPLAINT*** TO BE FILED WITH THE CLERK OF THE COURT AND A COPY OF SUCH FILING WAS SERVED IN THE MANNER INDICATED UPON THE FOLLOWING PARTIES' COUNSEL OF RECORD:

BY U.S.MAIL TO:
ATTORNEY DANIEL GRIFFITH
1220 N. MARKET
WILMINGTON, DELAWARE
FAX 302-651-7905

_____
BY: ISIDORE & BONNIE CORWIN, PRO SE
8608 SOCIETY DRIVE
CLAYMONT, DELAWARE 18703
PHONE/FAX: 302-798-5116





U.S. POSTAGE PAID
ROCKLAND, DE
MAY 14 '07
AMOUNT
$3.99
0005372-05

7006 0100 0003 8081 3636

Peter Dalleo, Clerk, U.S. Dist Ct.
U.S. District Ct.
844 N King St, Lockbx 18
Wilmington, De 19801-3570

DO NOT BEND

Mr. & Mrs. Isidore Corwin
8608 Society Dr.
Claymont, DE 19703-1749