**DATED: MAY 21, 2007**

ISIDORE AND BONNIE CORWIN, PLAINTIFFS
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

**RE: CORWIN V. B'NAI B'RITH ET AL, CIVIL ACTION NO. 07-152-\*\*\***

DEAR CLERK OF THE COURT ,

PLEASE FIND ENCLOSED, FOR FILING PURPOSES, **USM 285 FORM FOR THE FOLLOWING DEFENDANT: WILMINGTON LODGE 470, B'NAI B'RITH INC.**

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PRO SE
TELE/FAX 302-798-5116



CC: DANIEL A. GRIFFITH, ATTORNEY FOR THE DEFENDANTS.

WILMINGTON DE 197

21 MAY 2007 PM 3 T



Bonnie Corwin
8608 Society Dr
Claymont, DE 19703

Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 18
Wilmington, De 19801-3570