DATED: **MAY 23, 2007**

ISIDORE AND BONNIE CORWIN, PLAINTIFFS
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

RE: **CORWIN V. B'NAI B'RITH ET AL, CIVIL ACTION NO. 07-152-\*\*\***

DEAR CLERK OF THE COURT,

    PLEASE FIND ENCLOSED, FOR FILING PURPOSES, **A SUPPLEMENTAL EXHIBIT "D" IN PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO: DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS.** CERTIFICATE OF SERVICE ACCOMPANIES THE SUPPLEMENTAL EXHIBIT.

    THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PRO SE
TELE/FAX 302-798-5116



FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*PQ scanned*