IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN AND BONNIE CORWIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )  Civil Action No. 07-152-***<br>)<br>B'NAI B'RITH SENIOR CITIZEN )<br>HOUSING INC., SOUTHEASTERN )<br>PROPERTY MANAGEMENT INC., )<br>AND LYNNE ROTAN, AN AGENT, )<br>SERVANT OR EMPLOYEE OF B'NAI )<br>B'RITH SENIOR CITIZEN HOUSING )<br>INC. )<br>)<br>Defendants. ) | |

## **ORDER**

At Wilmington this **5th** day of **June, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Thursday, June 14, 2007 at 9:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE