DATED: JUNE 5, 2007

ISIDORE AND BONNIE CORWIN, PLAINTIFFS
B'NAI B'RITH HOUSE
8000 SOCIETY DRIVE
APT. 608
CLAYMONT, DE 19703

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570

RE: <u>CORWIN V. B'NAI B'RITH ET AL, CIVIL ACTION NO. 07-152-\*\*\*</u>

DEAR CLERK OF THE COURT,

PLEASE FIND ENCLOSED, FOR FILING PURPOSES, **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** WITH ATTACHED EXHIBITS, PLAINTIFFS' CERTIFICATION IN LIEU OF OATH OR AFFIDAVIT, AND ACCOMPANYING CERTIFICATE OF SERVICE.

THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,
ISIDORE AND BONNIE CORWIN, PRO SE
TELE/FAX 302-798-5116



FILED
JUN - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE