IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISIDORE CORWIN and BONNIE CORWIN, | : <br> : <br> : |
| Plaintiffs, | : <br> : <br> : |
| v. | : Civil Action No. 07-152-JJF <br> : |
| B'NAI B'RITH SENIOR CITIZEN HOUSING, INC., SOUTHEASTERN PROPERTY MANAGEMENT, INC. and LYNNE ROTAN, an agent, servant or employee of B'Nai B'Rith Senior Citizen Housing, Inc., and WILMINGTON LODGE 470, B'NAI B'RITH INC., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

ORDER

NOW THEREFORE, at Wilmington this 13 day of June, 2007, IT IS HEREBY ORDERED that:

1. The Complaint and its Amendments are **DISMISSED WITHOUT PREJUDICE** failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

2. The Motion To Appoint Counsel (D.I. 3) is **DENIED**.

3. Defendants' Motion To Dismiss (D.I. 8) is **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE